IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:   No CV-07-80287 MISC VRW

ORDER

Ed W Hendren,

No 71171
_____/

On December 21, 2007, the court issued an order to show cause (OSC) why Ed W Hendren should not be removed from the roll of attorneys authorized to practice law before this court based on his administrative enrollment, effective October 12, 2007, as an inactive member of the State Bar. The OSC was mailed to the address of record for Mr Hendren with the State Bar. Mr Hendren has filed no response to the OSC.

The court now orders Ed W Hendren removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

# UNITED STATES DISTRICT COURT

# FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Ed W. Hendren,

_____/

Case Number: C07-80287(MISC) VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 13, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ed W. Hendren
Attorney at Law
21 C Orinda Way, #162
Orinda, CA 94563


Dated: February 13, 2008

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*